IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-cv-03277-MDH |
| FOUNTAIN PLAZA GROUP, LLC., | ) ) ) |
| Defendant, | ) ) |

## ORDER

The Court has received notice from Plaintiff that the parties have reached an agreement regarding the disputes of this case, and they are in the process of finalizing a settlement. Plaintiff requests that the Court stay all pending deadlines in light of these developments.

The Court hereby **STAYS** all pending deadlines in this matter. The Court will await a joint stipulation of dismissal or a status report within thirty days of the filing of this order.

IT IS SO ORDERED:
**Date: October 11, 2016**

                        */s/ Douglas Harpool*
                        **DOUGLAS HARPOOL**
                        **UNITED STATES DISTRICT JUDGE**

1