| | |
|---|---|
| GUADALUPE ADAMS, | : |
| Plaintiff, | : |
| v. | : Case No. 6:16-cv-3277 |
| FOUNTAIN PLAZA GROUP, LLC. | : |
| Defendant | : |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Fountain Plaza Group, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: January 12, 2017

By: __/s/ Pete M. Monismith__   By: __/s/ Craig Lowther__

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Craig Lowther<br>901 St. Louis Street<br>20th Floor<br>Springfield, MO 65806<br>clowther@lowtherjohnson.com<br>**Attorney for Defendant** |