IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 6:16-cv-03277-MDH |
| | ) |
| PLAZA FOUNTAIN GROUP, LLC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 30).

The Court hereby **ORDERS** that the cause in the above-styled caption be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs, except as otherwise agreed in writing between the parties.

IT IS SO ORDERED:
**Date: January 20, 2016**

                                                    */s/ Douglas Harpool*
                                                  **DOUGLAS HARPOOL**
                                                  **UNITED STATES DISTRICT JUDGE**