IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GUADALUPE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:16-cv-03277-MDH |
| | ) | |
| FOUNTAIN PLAZA GROUP, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER (CORRECTING YEAR SIGNED)

Before the Court is the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 30).

The Court hereby **ORDERS** that the cause in the above-styled caption be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs, except as otherwise agreed in writing between the parties.

IT IS SO ORDERED:
**Date: January 20, 2017**

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**